United States District Court
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 2 2008

JAMES N. HATTEN, CLERK
By: J. Brown, Deputy Clerk

Jonathan Lee Riches, Plaintiff

1:08-CV-0956

V.

Zazzle.com; CAfepress.com; Jeff Beaver, Defendants

Copyright Infringement / Temporary Restraining order

If you go to cafepress.com or Zazzle.com, they sell Jonathan Lee Riches © copyrighted material without plaintiffs consent. T-shirts, mugs, hats, this is unconstitutional. Plaintiffs civil rights are violated. Plaintiff seeks a restraining order.